UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IDIANA
Indianapolis Division

| | |
|---|---|
| PIA SHRONTZ,<br>    Plaintiff,<br>  v.<br>EQUIFAX INFORMATION SERVICES,<br>LLC., TRANS UNION, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., and FREEDOM MORTGAGE<br>CORPORATION,<br>    Defendants. | )<br>)<br>)<br>)<br>)  CASE NO. 1:19-cv-04951-TWP-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Experian Information Solutions, Inc.**

Dated this 13th day of January, 2020.

                                              Respectfully submitted,

                                              */s/ Logan C. Hughes*
                                              Logan C. Hughes (#24953-53)
                                              **REMINGER CO., L.P.A.**
                                              College Park Plaza
                                              8909 Purdue Road, Suite 200
                                              Indianapolis, IN 46268
                                              T: 317-853-7367
                                              F: 317-228-0943
                                              lhughes@reminger.com
                                              *Counsel for Defendant, Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2020, I have caused a copy of the foregoing to electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Travis W. Cohron | Scott E. Brady |
| CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP | SCHUCKIT & ASSOCIATES, P.C. |
| tcohron@clarkquinnlaw.com | sbrady@schuckitlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Trans Union, LLC* |

*/s/ Logan C. Hughes*
Logan C. Hughes (#24953-53)
**REMINGER CO., L.P.A.**