UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| PIA SHRONTZ | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) Case No.   1:19-cv-4951-TWP-DLP |
| EQUIFAX INFORMATION SERVICES, LLC., | ) |
| TRANS UNION, LLC., | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
| and FREEDOM MORTGAGE CORPORATION | ) |
|     *Defendants*. | ) |

## ORDER OF DISMISSAL

Plaintiff, Pia Shontz, by counsel, have moved this court to dismiss Defendant **Experian Information Solutions, Inc.**, from this cause.  The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendant **Experian Information Solutions, Inc., only** are dismissed, with prejudice, each party to bear its own costs and fees. This matter is now concluded in its entirety.

Date: 10/27/2020

*[signature: Tanya Walton Pratt]*

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.